**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-1359 DSD/JMM**

| | |
|---|---|
| Eugene Barry and Mary Barry,<br><br>Plaintiffs,<br><br>-vs-<br><br>American Enterprises International, Inc., a foreign corporation and Daniel D. Pollesch.<br><br>Defendants. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by the Plaintiffs, Eugene Barry and Mary Barry and their attorneys, that the above-entitled action against these Defendants, shall be and hereby is dismissed without prejudice, without costs, or disbursements, or attorneys' fees to any party and that a Judgment of Dismissal Without Prejudice may be entered in the above-entitled action pursuant hereto.

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr., Esq.
Attorney I.D. #: 249646
342 East County Road D
Little Canada, Minnesota 55117
Telephone: (651) 770-9707

ATTORNEYS FOR PLAINTIFF

**THE BARRY LAW OFFICE, LTD.**

**By:** ______________________
Peter F. Barry, Esq.
342 East County Road D
St. Paul, Minnesota 55117
Attorney I.D. #: 0266577
Telephone: (651) 714-8800

**ORDER**

Based on the above Notice for Dismissal filed herewith, this Court hereby orders that Plaintiffs' Complaint against these Defendants, shall be, and herewith is, dismissed without prejudice and without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 8/16/01

______________________
Honorable Judge David S. Doty
United States District Court



FILED 8-16-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 8-16-01
Deputy Clerk's Initials ______

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500